IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

Case No. 3:18cr304

Plaintiff,

Sentencing Order
Re: Conditions of
Supervised Release

-vs-

Samuel A. Crish,

Defendant.

## STANDARD CONDITIONS

While on supervised release, Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, shall comply with the Mandatory and Standard Conditions adopted by this Court set forth in Part D of the Presentence Investigation Report of which you will be informed of on beginning supervised release. You shall comply with the following conditions and any additional conditions imposed at sentencing:

**Restitution**

The defendant must pay restitution in an amount to be determined at sentencing to the victims in this case, through the Clerk of the U.S. District Court. Restitution is due and payable immediately.

The defendant must pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a restitution balance remains upon release from imprisonment, payment is to commence no later than 60 days following release from imprisonment to a term of supervised release in monthly payments of at least a minimum of 10% of defendant's gross monthly income during the term of supervised release and thereafter as prescribed by law.

Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon property of the defendant discovered before and after the date of this Judgment.

**Mandatory Drug Testing Suspended**
The periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended, based on the Court's determination that you pose a low risk of future substance abuse.

**Financial Disclosure**
You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

**No New Debt/Credit**
You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

**Mental Health Treatment**
You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Gambling Addiction Treatment**
You must participate in a gambling addiction treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Financial Windfall Condition**
You must apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

**Gambling Restriction**
You must not engage in any form of gambling (including, but not limited to, lotteries, online wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments).

3

I have reviewed and understand the above additional conditions of my sentence.

Date: _____9/26/19_____

_____
Samuel A. Crish, Defendant

_____
Zachary D. Maisch, Attorney

IT IS SO ORDERED.

_____
Judge James G. Carr

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                          Case No. 3:18cr304

                   Plaintiff,               Defendant Acknowledges
                              Waiver/Right to Appeal

      -vs-

Samuel A. Crish,

                   Defendant.

      You can appeal your conviction if you believe your guilty plea was somehow unlawful or involuntary or if there was some other fundamental defect in your proceeding that your guilty plea did not waive.

      You also have the statutory right to appeal your sentence under certain circumstances, particularly if your sentence is contrary to law. However, your plea agreement may have waived some or all of these appeal rights. Such a waiver is generally enforceable.

      Your Notice of Appeal must be filed within fourteen days of entry of Judgment. Your lawyer will stay on this case until you decide whether to appeal. If you are unable to pay the costs of an appeal, you may seek leave to appeal without cost to yourself. You are also entitled to appointment of counsel on appeal if unable to obtain counsel yourself.

      I have reviewed and understand the above right to appeal.


Date: 9/26/19

                                   Samuel A. Crish, Defendant

                                   Zachary D. Maisch, Attorney